**No. 09-1444. In re Daniel G. Anderson, et al., Petitioners.**

562 U.S. 826, 131 S. Ct. 131, 178 L. Ed. 2d 259, 2010 U.S. LEXIS 7689.

October 4, 2010. Petition for writ of mandamus denied.

**No. 09-1510. In re John L. Corrigan, Petitioner.**

562 U.S. 826, 131 S. Ct. 165, 178 L. Ed. 2d 259, 2010 U.S. LEXIS 7784.

October 4, 2010. Petition for writ of mandamus denied.

**No. 09-1516. In re Guy Heide, Michael A. Kosel, and Duane Taylor, Petitioners.**

562 U.S. 826, 131 S. Ct. 179, 178 L. Ed. 2d 259, 2010 U.S. LEXIS 7738.

October 4, 2010. Petition for writ of mandamus denied.

**No. 09-1524. In re Gary Victor Dubin, Petitioner.**

562 U.S. 826, 131 S. Ct. 180, 178 L. Ed. 2d 259, 2010 U.S. LEXIS 7675.

October 4, 2010. Petition for writ of mandamus denied.

**No. 09-10584. In re Echo Westley Dixon, Petitioner.**

562 U.S. 826, 131 S. Ct. 91, 178 L. Ed. 2d 259, 2010 U.S. LEXIS 7665.

October 4, 2010. Petition for writ of mandamus denied.

**No. 09-10724. In re Jeffrie Anteries Daniel, Petitioner.**

562 U.S. 826, 131 S. Ct. 101, 178 L. Ed. 2d 259, 2010 U.S. LEXIS 7719,

October 4, 2010. Petition for writ of mandamus denied.

**No. 09-10903. In re Debora Townsend, Petitioner.**

562 U.S. 826, 131 S. Ct. 119, 178 L. Ed. 2d 259, 2010 U.S. LEXIS 7674,

October 4, 2010. Petition for writ of mandamus denied.

**No. 09-10974. In re Reverend Beck, Petitioner.**

562 U.S. 826, 131 S. Ct. 126, 178 L. Ed. 2d 259, 2010 U.S. LEXIS 7829.

October 4, 2010. Petition for writ of mandamus denied.

**No. 09-11163. In re Bruce Murray, Petitioner.**

562 U.S. 826, 131 S. Ct. 149, 178 L. Ed. 2d 259, 2010 U.S. LEXIS 7736.

October 4, 2010. Petition for writ of mandamus denied.